Karl Scheib, Max Schulhof, and George Hilliard, special deputy excise commissioner of the state of New York for the city and county of New York. T. P. Mulligan, for appellant. L. W. Harburger, for respondents.

PER CURIAM. The court was without jurisdiction to make the order appealed from. In a proceeding taken to annul a liquor-tax certificate, the statute provides for the granting of "an order requiring the holder of such certificate * * * to appear * * * on a day specified therein, not more than ten days after the granting thereof." The order issued in this proceeding was made returnable 15 days after the granting thereof. The order should be reversed, with $10 costs and printing disbursements.

MURPHY, Appellant, v. DAVIS et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 16, 1897.) Action by Edward H. Murphy against Henry L. Davis, as guardian of Edward M. Davis, and Edward M. Davis. No opinion. Application granted and order signed.

In re MURRAY HILL BANK. (Supreme Court, Appellate Division, First Department. February 5, 1897.) In the matter of the petition of a majority of the directors of the Murray Hill Bank. See 41 N. Y. Supp. 914, 920. John M. Bowers, for appellant. Samuel Untermyer, for respondent.

PER CURIAM. The certificate of allowance of an appeal from the original order of Mr. Justice Pryor was withdrawn and canceled upon the statement made to this court that the attorney general did not intend to proceed with that appeal. It was suggested that he did not then deem it necessary to so proceed. We need not consider whether, in view of the later rulings of the court below, the attorney general should now be permitted to recede from the position which was taken when the certificate was withdrawn, for this reason: Counsel on both sides, upon the argument of the appeal from the order of December 21, 1896, united in informing the court that this proceeding had resulted in a final order under section 2429 of the Code of Civil Procedure. An appeal from this final order will bring up every question sought to be reviewed by the appeal for which authority is now asked. It will also bring up other crucial questions. We think it is in the interest of economy, both of time and expense, that all questions should be reviewed on a single appeal from this final order. We must therefore decline to grant the certificate now asked.

MUTUAL LIFE INS. CO. v. BAILEY et al. SAME v. RICHARDSON et al. SAME v. WHALEN et al. (Supreme Court, Appellate Division, First Department. March 19, 1897.) Separate actions by the Mutual Life Insurance Company of New York against Mary E. Bailey and others. No opinion. Motions denied.

MUTUAL LIFE INS. CO. OF NEW YORK, Respondent, v. ROBINSON et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. April 10, 1897.) Action by the Mutual Life Insurance Company of New York against William H. Robinson and others. No opinion. Judgment affirmed, with costs.

NATIONAL SAV. BANK OF CITY OF ALBANY, Respondent, v. SLADE et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. April 10, 1897.) Action by the National Savings Bank of the City of Albany against William H. Slade and William S. Slade, impleaded with others. No opinion. Order of November 10, 1896, denying motion to set aside decision, judgment, and all subsequent proceedings, for irregularity, affirmed, with $10 costs and disbursements. See 42 N. Y. Supp. 455; 44 N. Y. Supp. 934.

NATIONAL SAV. BANK OF CITY OF ALBANY, Respondent, v. SLADE et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. April 10, 1897.) Action by the National Savings Bank of the City of Albany against William S. Slade and others. No opinion. Order of October 22, 1896, denying motion for retaxation of costs, affirmed, with $10 costs and disbursements. See National Sav. Bank v. Slade, supra.

NATIONAL SAV. BANK OF CITY OF ALBANY, Respondent, v. SLADE et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. April 10, 1897.) Action by the National Savings Bank of the City of Albany against William S. Slade, impleaded, etc. No opinion. Judgment affirmed, with costs. See National Sav. Bank v. Slade, supra.

NATIONAL SAV. BANK OF CITY OF ALBANY, Respondent, v. SLADE et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. April 10, 1897.) Action by the National Savings Bank of the City of Albany against William S. Slade, impleaded, etc. No opinion. Motion to dismiss appeal from order of November 23, 1896, denied without costs. See National Sav. Bank v. Slade, supra.

NATIONAL SAV. BANK OF CITY OF ALBANY, Respondent, v. SLADE et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. April 10, 1897.) Action by the National Savings Bank of the City of Albany against William H. Slade and others. No opinion. Order affirmed, with $10 costs and disbursements. See National Sav. Bank v. Slade, supra.

NATIONAL SAV. BANK OF CITY OF ALBANY, Respondent, v. SLADE et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. April 10, 1897.) Action by the National Savings Bank of the City of Albany against William S. Slade, impleaded with others. No opinion. Motion to dismiss appeal from the order of October 23, 1896, granted, with $10 costs. Motion to dismiss appeal from the order of October 22, 1896, and from the order of November 10, 1896, denied, without costs. See National Sav. Bank v. Slade, supra.